**Order entered February 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01391-CR

**THE STATE OF TEXAS, Appellee**

**V.**

**THOMAS HUGHES PAGE, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA18-51150-A**

## ORDER

On February 1, 2019, the Court received notification that Niles Illich has been retained by appellee. We **DIRECT** the Clerk of the Court to list Mr. Illich as retained counsel for appellee and to send all future notifications to Mr. Illiach at 15455 Dallas Parkway, Suite 540, Addison, TX 75001.

/s/      LANA MYERS
JUSTICE